■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GABIEL RUBIN, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County, imposed June 30, 1980. Sentence affirmed. No opinion. This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Gibbons, J. P., Gulotta, Cohalan and Margett, JJ., concur.